# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONYA HOFFMANN, | : | |
|         Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., d/b/a Wells | : | CIVIL ACTION |
| Fargo Home Mortgage, | : | No. 16-4230 |
| PHELAN HALLINAN DIAMOND & JONES, | : | |
| LLP, | : | |
| FLASTER/GREENBERG, PC, and | : | |
| KENNETH S. GOODKIND, ESQ., | : | |
|         Defendants. | : | |

## **ORDER**

This 16th day of March, 2017, upon consideration of Plaintiff's Amended Complaint, Defendants' Motions to Dismiss Plaintiffs' Amended Complaint, and the responses thereto, it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED** in all respects except as to

(1)    Plaintiff's claim against Defendants Goodkind and Flaster/Greenberg arising under 15 U.S.C. § 1692g, and

(2)    Plaintiff's claim against Defendant Wells Fargo arising under 15 U.S.C. § 1692e(8).

                                                   /s/ Gerald Austin McHugh
                                                United States District Judge