## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONYA HOFFMANN,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A., et al.,<br>　　　　　　　　　　　Defendants. | Civil Action No.: 16-4230 |

## MOTION FOR DISMISSAL OF ACTION
## AS TO DEFENDANT WELLS FARGO BANK, N.A.

Plaintiff, by and through undersigned counsel, hereby does move, pursuant to Federal Rule of Civil Procedure 41(a)(2) ("[A]n action may be dismissed at plaintiff's request only by court order, on terms that the court considers proper."), to dismiss this action, as to Defendant Wells Fargo Bank, N.A.

　　　　　　　　　　　　　　　　　　s/ David E. Pearson
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David E. Pearson, Esquire
　　　　　　　　　　　　　　　　　　6983 Weatham Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19119
　　　　　　　　　　　　　　　　　　E-mail: DavidEP137@aol.com
　　　　　　　　　　　　　　　　　　Telephone: (215) 849-1750
　　　　　　　　　　　　　　　　　　Facsimile: (215) 849-1830
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: June 19, 2017