# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONYA HOFFMANN, | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | No. 16-4230 |
| | : | |
| WELLS FARGO BANK, N.A., et al., | : | |
| Defendants | : | |

**MCHUGH, J.**                                                                                                   January 11, 2019

## ORDER

This 11th day of January, 2019, upon consideration of the parties' submissions and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the Renewed Motion for Summary Judgment filed by Defendants Flaster/Greenberg, P.C. and Kenneth Goodkind, Esq. is GRANTED and Plaintiff's Amended Complaint is DISMISSED in its entirety with prejudice.

                                                                                 /s/ Gerald Austin McHugh
                                                                                   United States District Judge